1 | BENJAMIN B. WAGNER
United States Attorney
2 | SAMUEL WONG
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: 916-554-2772



FILED
JUL -1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0285 OWW |
| Plaintiff, ) | ORDER GRANTNG PLAINTIFF'S **EX PARTE** PETITION TO SEAL INDICTMENT |
| v. ) | |
| FIRM BUILD, INCORPORATED, and JOSEPH M. CUELLAR, ) | Court: Hon. Gregory G. Hollows |
| Defendants. ) | |

**SEALED**

The Court having received, read, and considered plaintiff United States of America's <u>ex parte</u> petition to seal the Indictment, and good cause appearing therefrom,

It is hereby ordered that the petition is GRANTED.

It is further ordered that: (1) the Indictment be sealed, pursuant to F.R.Crim.P. 6(e)(4), pending the arrest and the initial appearance of any defendant in this case in court; and (2) that the

1

1 | papers submitted in support of this <u>ex parte</u> petition and any order
2 | issued as a result also be sealed until the initial appearance of any
3 | defendant in this case.

5 | July __1__, 2010

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge