```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MICHELE THIELHORN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2772
```





FILED

DEC 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0285 OWW SKO |
| Plaintiff, ) | |
| ) | PLAINTIFF'S MOTION TO UNSEAL INDICTMENTS AND COURT CASE FILE, AND ORDER THEREON |
| v. ) | |
| FIRM BUILD, INC., ) JOSEPH M. CUELLAR, ) PATRICK BOWMAN, and ) RUDOLPH I. BUENDIA, III, ) | |
| Defendants. ) | |

Plaintiff United States of America hereby moves the Court for an Order unsealing the Indictment, Superseding Indictment, and documents on file in this case as the need for the protection of the investigation no longer exists and the arraignment of the defendants is presently scheduled for December 28, 2010, at 1:30 p.m.

DATED: December 16, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Samuel Wong
                                By:     _____
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

1

**ORDER**

The Court having received, read, and considered the motion of plaintiff United States of America to unseal the Indictment, Superseding Indictment, and documents on file in this case, and good cause appearing therefrom,

It is hereby ordered that the motion is granted and that the above-described documents are hereby ordered unsealed.

DATED: December 20, 2010

*/s/ Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge