```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MICHELE THIELHORN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRM BUILD, INC.,<br>JOSEPH M. CUELLAR,<br>PATRICK BOWMAN, and<br>RUDOLPH I. BUENDIA, III,<br><br>        Defendants. | CASE NO. 1:10-CR-00285 OWW<br><br>PLAINTIFF'S MOTION TO<br>DISMISS INDICTMENTS AGAINST<br>DEFENDANT FIRM BUILD, INC.,<br>AND ORDER THEREON |

Plaintiff United States of America hereby moves the Court for an Order dismissing the Indictment and Superseding Indictment in this case against corporate defendant Firm Build, Inc., only, on the grounds that that Firm Build, Inc., is dissolved, defunct, and insolvent.

DATED: May 6, 2011              BENJAMIN B. WAGNER
                                United States Attorney

                                /s/  Samuel Wong
                           By:  _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

1

**ORDER**

The Court having received, read, and considered the motion of plaintiff United States of America to dismiss the Indictment and Superseding Indictment in this case against corporate defendant Firm Build, Inc., only, on the grounds that that Firm Build, Inc., is dissolved, defunct, and insolvent, and good cause appearing therefrom,

It is hereby ordered that the motion is granted and that the Indictment and Superseding Indictment in this case against corporate defendant Firm Build, Inc., only are hereby ordered DISMISSED.

IT IS SO ORDERED.

**Dated:   May 7, 2011**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE