DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
JEREMY KROGER, Bar #258956
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> v. <br> JOSEPH CUELLAR, et al., <br> *Defendant*. | No. 1:10-cr-00285 OWW <br><br> DEFENDANT'S STIPULATION TO RESET MOTIONS SCHEDULE AND HEARING, AND ORDER <br><br> DATE:   September 6, 2011 <br> TIME:   1:30 p.m. <br> JUDGE:  Oliver W. Wanger |

**IT IS HEREBY STIPULATED** and agreed by the parties, through their respective undersigned counsel, that:

1.  The presently set August 22, 2011, motions hearing date shall be continued by two weeks to September 6, 2011, at 1:30 p.m.  Accompanying filing deadlines shall similarly be continued by two weeks.

2.  This case is unusual and complex based on the voluminous discovery involved in this case and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

3.  The continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence within the meaning of the Speedy Trial Act.

1      4.    Time from the date of this stipulation, July 11, 2011, to and including the motions hearing date, September 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 12, 2011                By    /s/ *Samuel Wong*
                                                  SAMUEL WONG
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:  July 12, 2011              By    /s/ *Jeremy S. Kroger*
                                                  JEREMY S. KROGER
                                                  FRANCINE ZEPEDA
                                                  Assistant Federal Defenders
                                                  Attorneys for Defendant
                                                  Rudolph Buendia, III

DATED:  July 12, 2011              By    /s/ *Douglas C. Foster*
                                                  DOUGLAS C. FOSTER
                                                  Ciummo and Associates
                                                  Attorney for Defendant
                                                  Joseph Cuellar

DATED:  July 12, 2011              By    /s/ *Cadee Peters*
                                                  CADEE PETERS
                                                  Cadee Peters Attorney at Law
                                                  Attorney for Defendant
                                                  Patrick Bowman

///
///
///
///
///
///

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 11, 2011, to and including September 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 22, 2011, motions hearing date shall be continued to September 6, 2011, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   July 14, 2011**                              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing;  Order                                          3