DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00285 LJO |
| *Plaintiff,* v. | STIPULATION TO CONTINUE MOTION HEARING AND ORDER |
| FIRM BUILD, INC., et al, | Date:  November 14, 2011 |
| *Defendants.* | Time:  1:00 p.m. |
| | Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing currently set for October 21, 2011, **may be continued to November 14, 2011, at 1:00 p.m.**

The request is made by Counsel for the defendants.  There is a Motion for Discovery pending.  This motion was continued to allow the parties to complete the review of discovery.  Counsel for Mr. Buendia  and the other defendants are still completing their review of the discovery.  Counsel is compiling a list of documents which they will request from the government.  Counsel intends to meet and confer during this time period in order to be prepared on November 14, 2011, to advise the Court of the status of the discovery process.  The requested continuance will conserve time and resources for all parties and the Court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense preparation.

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: October 19, 2011          By   /s/ Samuel Wong
                                            SAMUEL WONG
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: October 19, 2011          By   /s/ Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RUDOLPH BUENDIA, III


DATED:  October 19, 2011         By   /s/ Douglas C. Foster
                                            DOUGLAS C. FOSTER
                                            Ciummo and Associates
                                            Attorney for Defendant
                                            Joseph Cuellar


DATED:  October 19, 2011         By   /s/ Cadee Peters
                                            CADEE PETERS
                                            Cadee Peters Attorney at Law
                                            Attorney for Defendant
                                            Patrick Bowman

///
///
///
///
///
///
///

**ORDER**

The Court, having reviewed the above request to continue the Motion hearing now set for October 21, 2011, and good cause appearing, HEREBY ORDERS AS FOLLOWS: The Motion hearing currently scheduled for October 21, 2011, is continued to November 14, 2011. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **October 19, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

Buendia - Stipulation to Continue
Motion Hearing and Proposed Order

3